No. 597, Misc. IN RE FEDERAL SECURITY ADMINISTRATOR AND THE ATTORNEY GENERAL OF THE UNITED STATES. On petition for writs of prohibition and/or mandamus. Argued and decided May 16, 1949. *Per Curiam:* The rule to show cause is discharged and the petition for writs of prohibition and/or mandamus is denied. MR. JUSTICE DOUGLAS dissents. *Robert L. Stern* argued the cause for petitioners, and *Solicitor General Perlman* was on the petition. *Walter M. Bastian* argued the cause and was on the return to the rule to show cause for Clark, Associate Judge, et al., respondents. *Charles S. Rhyne* argued the cause and was on the answer for Mytinger & Casselberry, Inc., intervenor.